No. 98–5108.  ERWIN *v.* KEY WEST CITIZEN ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 98–5110.  GIPPERICH *v.* PEARSON.  C. A. 7th Cir.  Certiorari denied.

No. 98–5111.  FICI *v.* LANSING, WARDEN, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 98–5112.  SPRINGFIELD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–5115.  PENSE *v.* SHANKS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–5118.  ESPINAL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–5119.  HUBERT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–5120.  HATFIELD *v.* NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 98–5121.  ENJADY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–5122.  HOREK *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–5123.  SHERRON *v.* MIDDLETOWN RANCHERIA OF POMO INDIANS, DBA TWIN PINE CASINO.  Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–5124.  SAFOUANE ET UX. *v.* WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES.  Ct. App. Wash. Certiorari denied.

No. 98–5125.  SCOTT *v.* OHIO.  Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 98–5126.  SMITH *v.* ROGERS, WARDEN.  C. A. 6th Cir.  Certiorari denied.